**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7106**

———————

DONNIE LEE BRUCE,

                              Petitioner - Appellant,

        versus

CHARLES THOMPSON, Warden,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the for the Wes-
tern District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (CA-99-105-7)

———————

Submitted:  October 21, 1999        Decided:  November 3, 1999

———————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Donnie Lee Bruce, Appellant Pro Se.  Leah Ann Darron, Assistant
Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donnie Lee Bruce seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bruce v. Thompson, No. CA-99-105-7 (W.D. Va. July 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED